IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ZDRAVKO and BOSKA DUNDOV | : | |
| | : | CIVIL ACTION NO. 02-CV-4505 |
| Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | |
| BAYER CORPORATION; | : | ENTRY OF APPEARANCE |
| BAYER AG; | : | |
| GLAXOSMITHKLINE, PLC; | : | |
| GLAXOSMITHKLINE; | : | |
| SMITHKLINE BEECHAM | : | |
| | : | |
| Defendants. | : | |

## ENTRY OF APPEARANCE

To the Clerk of the Court:

    Kindly enter the appearances of Hope S. Freiwald, Aline Fairweather, Erin Brennan and Kirstin J. Miller as attorneys for defendant SmithKline Beecham Corporation d/b/a GlaxoSmithKline.

Respectfully Submitted,


_____          _____
Hope S. Freiwald                                                Aline Fairweather



_____          _____
Erin Brennan                                                       Kirstin J. Miller



                                             DECHERT PRICE & RHOADS
                                             4000 Bell Atlantic Tower
                                             1717 Arch Street
                                             Philadelphia, PA  19103-2793
                                             (215) 994-4000